UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREE GILLE,

    Plaintiff(s),

vs.

NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,

    Defendant(s).

/

NORTH WESTERN MUTUAL LIFE INSURANCE COMPANY,

    Counterclaimant,

v.

ANDREE GILLE,

    Counterdefendant.

/

No. C10-1482 MHP

**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED**

    This action was removed to this court on April 7, 2010. On November 29, 2010 at a further case management conference a scheduling order was issued setting a date for discovery cutoff of May 9, 2011, and a trial date of October 25, 2011, along with other dates. Defendant has notified the court in two separate letters of plaintiff's failure to respond to discovery, appear for deposition, and failure to serve Rule 26 disclosures or any of the disclosures ordered by this court, along with other deficiencies. *See* Docket ## 18 and 19. Plaintiff has failed to respond to either of these letters

1

and, it appears from the docket in this action, he has failed to take any other actions since the case management conference to further this litigation.

In view of the foregoing, it appears that plaintiff is not prosecuting this action and is failing to obey orders of the court, therefore,

Plaintiff is hereby ORDERED TO SHOW CAUSE in writing on or before May 20, 2011, why this action should not be DISMISSED for failure to prosecute.

IT IS SO ORDERED.

Date: May 12, 2011

MARILYN HALL PATEL
United States District Court Judge
Northern District of California

2