UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREE GILLE,

    Plaintiff(s),

vs.

NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,

    Defendant(s).
_____/

NORTH WESTERN MUTUAL LIFE INSURANCE COMPANY,

    Counterclaimant,

v.

ANDREE GILLE,

    Counterdefendant.
_____/

No. C10-1482 MHP

**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED**

    This court issued an order to show cause filed on May 12, 2011, ordering that plaintiff and counterdefendant show cause why this action should not be dismissed for failure to prosecute and to comply with discovery obligations and other orders of this court. The response was due on May 20, 2011. The time within which to file has long since expired. Therefore,

    IT IS HEREBY ORDERED that this action is DISMISSED with prejudice. The Clerk of Court shall close the file.

Date: June 21, 2011

_____
MARILYN HALL PATEL
United States District Judge